IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00877-MSK-MJW

KAREL LORD,

Plaintiff,

v.

CENTRAL PORTFOLIO CONTROL, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion for Leave to Attend the Rule 16 Scheduling and Planning Conference Telephonically (Docket No. 11) is granted. Plaintiff's counsel shall set up the conference call to the court and then call the court at (303) 844-2403.

Date: June 26, 2008