IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00877-MSK-MJW

KAREL LORD,

Plaintiff,

v.

CENTRAL PORTFOLIO CONTROL, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order, DN 18, filed with the Court on July 8, 2008, is GRANTED and the tendered Protective Order is approved and made an order of the Court.

Date: July 16, 2008